**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **VOLTZ, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  LEGACY TOYS** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **90-0140840** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10 SOUTHDALE CENTER STE 1585**<br>**EDINA, MN 55435**<br>Number, Street, City, State & ZIP Code | **PO BOX 1235**<br>**MAPLE GROVE, MN 55311-1000**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hennepin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **https://legacytoys.com/**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **VOLTZ, INC.**                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4552**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **VOLTZ, INC.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When | _____ Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

### ▮ Statistical and administrative information

**13.** **Debtor's estimation of available funds** .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **VOLTZ, INC.**                                          Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **VOLTZ, INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2025**
              MM / DD / YYYY

X **/s/ BRAD RUOHO**
Signature of authorized representative of debtor

**BRAD RUOHO**
Printed name

Title   **PRESIDENT**

---

**18. Signature of attorney**

X **/s/ JOHN D. LAMEY III**                          Date   **June 25, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone   **651.209.3550**        Email address   **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **VOLTZ, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025**          *X* **/s/ BRAD RUOHO**
                                         Signature of individual signing on behalf of debtor

                                         **BRAD RUOHO**
                                         Printed name

                                         **PRESIDENT**
                                         Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name   **VOLTZ, INC.** |
| United States Bankruptcy Court for the:   **DISTRICT OF MINNESOTA** |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ASMONDEE NORTH AMERICA 1995 WEST COUNTY ROAD B2 Saint Paul, MN 55113** | | **UNSECURED** | | | | **$34,691.13** |
| **BRAD RUOHO PO BOX 1235 MAPLE GROVE, MN 55311** | | **UNSECURED (INSIDER CLAIM)** | | | | **$223,991.14** |
| **BREMER BANK ATTN  PRESIDENT OR MANGING PARTNER 8555 Eagle Point Boulevard Lake Elmo, MN 55042** | | **BLANKET LIEN - ALL ASSETS** | | **$1,100,566.00** | **$620,582.42** | **$479,983.58** |
| **CHASE CARD SERVICES ATTN: BANKRUPTCY DEPARTMENT PO BOX 15298 Wilmington, DE 19850** | | **CREDIT CARD** | | | | **$118,930.32** |
| **MANHATTAN TOY 110 5TH ST. NO. #700 Minneapolis, MN 55403** | | **UNSECURED** | | | | **$27,030.21** |
| **MASTER PIECES INC ATTN PRESIDENT 12475 N RANCHO VISTOSO BLVD Tucson, AZ 85755-1894** | | **UNSECURED** | | | | **$56,610.85** |

| Debtor | **VOLTZ, INC.** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MATTEL INC.<br>PO BOX 100125<br>Atlanta, GA 30384 | | UNSECURED | | | | $55,306.57 |
| MELISSA & DOUG, LLC<br>PO BOX 590<br>Westport, CT 06881 | | UNSECURED | | | | $27,230.82 |
| MERIDIAN EQUIPMENT FINANCE LLC<br>ATTN CHIEF MANAGER<br>9 OLD LINCOLN HIGHWAY<br>Malvern, PA 19355 | | FACE PLACE MARVEL ADVENTURE LAB, PHOTO ATTRACTIKON & CARD READER | | $33,430.28 | $10,000.00 | $23,430.28 |
| MINNESOTA DEPT OF REV COLLECTION DIVISION<br>PO BOX 64564<br>Saint Paul, MN 55164-0564 | | PRIORITY TAXES | | | | $68,684.00 |
| MIRACLE MILE LLC<br>3251 W 6TH ST STE 109<br>Los Angeles, CA 90020 | | UNSECURED/FORMER LANDLORD | | | | $64,426.10 |
| NORTHEAST ENTREPRENEUR FUND INC<br>ATTN PRESIDENT OR MANAGING OFFICER<br>202 W. SUPERIOR ST., SUITE 311<br>Duluth, MN 55802 | | BLANKET LIEN - ALL ASSETS | | $65,447.43 | $0.00 | $65,447.43 |
| SCHYLLING C/O BERKSHIRE BANK<br>PO BOX 941<br>Worcester, MA 01613 | | UNSECURED | | | | $29,755.07 |
| SHOPIFY INC<br>ATTN PRESIDENT OR MANAGING OFFICER<br>33 NEW MONTGOMERY ST. SUITE 750<br>San Francisco, CA 94105 | | UNSECURED | | | | $79,820.77 |

Debtor __**VOLTZ, INC.**_____     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SHOPIFY INC ATTN PRESIDENT OR MANAGING OFFICER 33 NEW MONTGOMERY ST. SUITE 750 San Francisco, CA 94105 | | BLANKET LIEN - ALL ASSETS | | $197,392.32 | $0.00 | $197,392.32 |
| SIMON PROPERTY GROUP-MILLER HILL 867675 RELIABLE PARKWAY Chicago, IL 60686 | | UNSECURED | | | | $21,747.92 |
| SPIN MASTER 300 INTERNATIONAL DRIVE STE 100 Buffalo, NY 14221 | | UNSECURED | | | | $110,555.66 |
| UNIVERSITY GAMES 2030 HARRISON STREET San Francisco, CA 94110 | | UNSECURED | | | | $23,791.24 |
| US BANK BANKRUPTCY/RECOVERY DEPARTMENT PO BOX 5229 Cincinnati, OH 45201 | | UNSECURED | | | | $26,705.41 |
| US SMALL BUSINESS ADMINISTRATION 332 S MICHIGAN STE 600 Chicago, IL 60604 | | UNSECURED | | | | $499,186.39 |

| Fill in this information to identify the case: |
| --- |

Debtor name **VOLTZ, INC.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................  $     **620,582.42**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................  $     **620,582.42**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $     **1,396,836.03**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $     **68,685.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     **1,721,893.35**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b     $     **3,187,414.38**

**Fill in this information to identify the case:**

Debtor name      **VOLTZ, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | **$1,000.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **U.S. BANK, N.A.** | **CHECKING** | 6321 | $2,450.71 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$3,450.71**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

Debtor    **VOLTZ, INC.**_____    Case number *(If known)* _____
Name

11a. 90 days old or less:    **10,000.00** - **0.00** = .... **$10,000.00**
face amount    doubtful or uncollectible accounts

11a. 90 days old or less:    **3,500.00** - **0.00** = .... **$3,500.00**
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    | **$13,500.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies INVENTORY HELD FOR RESALE** | 06/21/2025 | $566,599.36 | Recent cost | $545,631.71 |

23.    **Total of Part 5.**    | **$545,631.71**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **VOLTZ, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** | | | |
| **40.**    **Office fixtures**<br>**STORE FIXTURES** | **Unknown** | **Liquidation** | **$25,000.00** |
| **FACE PLACE MARVEL ADVENTURE LAB, PHOTO ATTRACTIKON & CARD READER** | **Unknown** | **Liquidation** | **$10,000.00** |

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**    | **$35,000.00**
Add lines 39 through 42.  Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.**    **2022 DODGE RAM PROMASTER (20,000+ MILES)** | **$0.00** | **Comparable sale** | **$23,000.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm**

Debtor    **VOLTZ, INC.**                                              Case number *(If known)* _____
_____
Name

machinery and equipment)

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** | | **$23,000.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **LEGACY TOYS (ASSUMED NAME)** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites** **https://legacytoys.com/** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **CUSTOMER LIST** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| | | | |
|---|---|---|---|
| 66. | **Total of Part 10.** | | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Debtor    **VOLTZ, INC.**                                          Case number *(If known)* _____
          Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **VOLTZ, INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,450.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $545,631.71 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $620,582.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $620,582.42 |

**Fill in this information to identify the case:**

Debtor name        **VOLTZ, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** | **BREMER BANK**<br>Creditor's Name<br>**ATTN  PRESIDENT OR<br>MANGING PARTNER<br>8555 Eagle Point Boulevard<br>Lake Elmo, MN 55042**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**BLANKET LIEN - ALL ASSETS**<br><br>Describe the lien<br>**UCC-1 FINANCING STATEMENT (SECURING<br>3 LOANS)**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,100,566.00** | **$620,582.42** |

Creditor's email address, if known

**Date debt was incurred**
**10/09/2019**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | **MERIDIAN EQUIPMENT<br>FINANCE LLC**<br>Creditor's Name<br>**ATTN CHIEF MANAGER<br>9 OLD LINCOLN HIGHWAY<br>Malvern, PA 19355**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**FACE PLACE MARVEL ADVENTURE LAB,<br>PHOTO ATTRACTIKON & CARD READER**<br><br>Describe the lien<br>**UCC-1 FINANCING STATEMENT**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$33,430.28** | **$10,000.00** |

Creditor's email address, if known

**Date debt was incurred**
**08/11/2021**
**Last 4 digits of account number**

| Debtor | VOLTZ, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | NORTHEAST ENTREPRENEUR FUND INC | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
BLANKET LIEN - ALL ASSETS

$65,447.43        $0.00

**ATTN PRESIDENT OR MANAGING OFFICER**
**202 W. SUPERIOR ST., SUITE 311**
**Duluth, MN 55802**
Creditor's mailing address

**Describe the lien**
UCC-1 FINANCING STATEMENT

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/21/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | SHOPIFY INC | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
BLANKET LIEN - ALL ASSETS

$197,392.32        $0.00

**ATTN PRESIDENT OR MANAGING OFFICER**
**33 NEW MONTGOMERY ST. SUITE 750**
**San Francisco, CA 94105**
Creditor's mailing address

**Describe the lien**
UCC-1 FINANCING STATEMENT

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/02/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,396,836.03 |
|---|---|---|

Debtor   **VOLTZ, INC.**                                              Case number (if known) _____
         Name

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **OLD NATIONAL BANK**<br>**ATTN PRESIDENT OR MANAGING PARTNER**<br>**1 MAIN ST**<br>**Evansville, IN 47708** | Line  **2.1** | |

| **Fill in this information to identify the case:** |
|---|

Debtor name    **VOLTZ, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |
| | **IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,684.00 | $68,684.00 |
| | **MINNESOTA DEPT OF REV**<br>**COLLECTION DIVISION**<br>**PO BOX 64564**<br>**Saint Paul, MN 55164-0564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                              **Amount of claim**

| Debtor | **VOLTZ, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,433.96**

**A&A GLOBAL INDUSTRIES**
**17 STENERSEN LANE**
**Cockeysville, MD 21030-2113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00**

**ACCEL MECHANICAL LLC**
**2105 7TH AVE N**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.00**

**ADT**
**452 SABLE BLVD UNIT G**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.00**

**ALLIANCE MECHANICAL SERVICES**
**1871 HEALYS RD**
**Locust Hill, VA 23092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,691.13**

**ASMONDEE NORTH AMERICA**
**1995 WEST COUNTY ROAD B2**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$223,991.14**

**BRAD RUOHO**
**PO BOX 1235**
**MAPLE GROVE, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED (INSIDER CLAIM)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,788.50**

**BROOKFIELD PROPERTIES**
**RIDGEDALE SHOPPING CENTER**
**SDS-12-2774 PO BOX 86**
**Minneapolis, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **VOLTZ, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,313.64 |
|---|---|---|---|

**BUFFALO GAMES**
**220 JAMES E CASEY DRIVE**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.48 |
|---|---|---|---|

**CEACO/GAMEWRIGHT**
**250 ROYALL STREET**
**STE 310 WEST**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.48 |
|---|---|---|---|

**CENTER POINT ENERGY**
**505 NICOLLET MALL PO BOX 59038**
**Minneapolis, MN 55459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,930.32 |
|---|---|---|---|

**CHASE CARD SERVICES**
**ATTN: BANKRUPTCY DEPARTMENT**
**PO BOX 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CREDIT CARD__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.54 |
|---|---|---|---|

**COMCAST**
**CUSTOMER SERVICE DEPT**
**1500 MARKET ST**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,292.00 |
|---|---|---|---|

**COROLLE INC**
**1 CORPORATE DRIVE**
**Grantsville, MD 21536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,265.00 |
|---|---|---|---|

**CRAZY AARON ENTERPRISES INC**
**710 E MAIN ST**
**Norristown, PA 19401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **VOLTZ, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$874.67** |
|---|---|---|---|

**DICKS SANITATION SERVICE, INC**
**PO BOX 679859**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1002**

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,262.50** |
|---|---|---|---|

**DJECO**
**PO BOX 600**
**Grantsville, MD 21536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,433.76** |
|---|---|---|---|

**DOUIGLAS TOYS**
**69 KRIF ROAD**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,849.36** |
|---|---|---|---|

**ENESCO LLC**
**500 PARK BLVD STE 1300**
**ITASCA, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |
|---|---|---|---|

**FARGO GLASS & PAINT CO**
**400 EAST 54TH ST N**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,299.75** |
|---|---|---|---|

**FAT BRAIN TOYS**
**20516 NICHOLAS CIRCLE**
**Elkhorn, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$948.19** |
|---|---|---|---|

**FEDEX**
**PO BOX 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **VOLTZ, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,716.91**

**FIESTA**
**1405 JUPITER RD STE 104**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,715.96**

**GORGIAS INC**
**768 HARRISON ST STE 2**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$976.86**

**HACHETTE BOOK GROUP**
**53 STATE STREET**
**9TH FLOOR**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,889.14**

**HUNT ELECTRIC**
**7900 CHICAGO AVE**
**BLOOMINGTON, MN 55420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,766.46**

**JELLCAT**
**800 WASHINGTON AVE NORTH STE 500**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234.00**

**KETER ENVIRONMENTAL SERVICES, INC.**
**4 HIGH RIDGE PARK STE 202**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,567.92**

**MAGNATILES**
**1347 ENTERPRISE DRIVE**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **VOLTZ, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,030.21**

**MANHATTAN TOY**
**110 5TH ST. NO. #700**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,610.85**

**MASTER PIECES INC**
**ATTN PRESIDENT**
**12475 N RANCHO VISTOSO BLVD**
**Tucson, AZ 85755-1894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,306.57**

**MATTEL INC.**
**PO BOX 100125**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED**

Last 4 digits of account number **4912**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,230.82**

**MELISSA & DOUG, LLC**
**PO BOX 590**
**Westport, CT 06881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.92**

**METRONET**
**PO BOX 630546**
**Cincinnati, OH 45263-0546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,426.10**

**MIRACLE MILE LLC**
**3251 W 6TH ST STE 109**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED/FORMER LANDLORD**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MN UNEMPLOYMENT**
**DEPT OF EMPLOYMENT & ECONOMIC**
**DEVELOPMEN**
**PO BOX 4629**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **VOLTZ, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MOAC MALL HOLDINGS LLC**<br>**2131 LINDAU LANE**<br>**PO BOX 1450**<br>**Minneapolis, MN 55425** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,954.30** |
|---|---|---|---|
| | **OOLY LLC**<br>**5607 PALMER WAY**<br>**Carlsbad, CA 92010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,487.50** |
|---|---|---|---|
| | **OUTFRONT MEDIA LLC**<br>**1333 NEW HAMPSHIRE AVE NW STE 460**<br>**Washington, DC 20036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,058.23** |
|---|---|---|---|
| | **PARC PACKAGING**<br>**PO BOX 24726**<br>**Jacksonville, FL 32241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,984.20** |
|---|---|---|---|
| | **PLAY VISIONS**<br>**19180 144TH AVE NE**<br>**Woodinville, WA 98072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,102.05** |
|---|---|---|---|
| | **PLAYMOBIL**<br>**26 COMMERCE DRIVE**<br>**Cranbury, NJ 08512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$304.20** |
|---|---|---|---|
| | **QUALITY FORKLIFT SALES & SERVICES INC**<br>**5300 12TH AVE E**<br>**Shakopee, MN 55379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **VOLTZ, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,979.00** |
|---|---|---|---|

**RAVENSBURGER NORTH AMERICA, INC**
**1 PUZZLE LANE**
**Newton, NH 03858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,024.90** |
|---|---|---|---|

**RHODE ISLAND NOVELTY**
**5 INDUSTRIAL ROAD**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$728.94** |
|---|---|---|---|

**ROBERT GIBB & SONS, INC**
**2011 GREAT NORTHERN DRIVE**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,755.07** |
|---|---|---|---|

**SCHYLLING C/O BERKSHIRE BANK**
**PO BOX 941**
**Worcester, MA 01613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,820.51** |
|---|---|---|---|

**SHADYWOOD TREE EXPERTS &**
**LANDSCAPING**
**402 11TH AVE S**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,820.77** |
|---|---|---|---|

**SHOPIFY INC**
**ATTN PRESIDENT OR MANAGING OFFICER**
**33 NEW MONTGOMERY ST. SUITE 750**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,747.92** |
|---|---|---|---|

**SIMON PROPERTY GROUP-MILLER HILL**
**867675 RELIABLE PARKWAY**
**Chicago, IL 60686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **VOLTZ, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,190.00 |
|---|---|---|---|

**SIMON PROPERTY GROUP-SOUTHDALE**
**10 SOUTHDALE CENTER**
**EDINA, MN 55435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,330.04 |
|---|---|---|---|

**SMART TOYS & GAMES**
**480 2ND STREET #203**
**San Francisco, CA 94107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.68 |
|---|---|---|---|

**SPEE-DEE DELIVERY SERVICE INC**
**BOX 1417**
**Saint Cloud, MN 56302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,555.66 |
|---|---|---|---|

**SPIN MASTER**
**300 INTERNATIONAL DRIVE STE 100**
**Buffalo, NY 14221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,812.40 |
|---|---|---|---|

**TEDCO TOYS**
**498 S WASHINGTON ST**
**Hagerstown, IN 47346**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**TFORCE FREIGHT INC**
**7664-A FULLERTON RD**
**Springfield, VA 22153**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.73 |
|---|---|---|---|

**THE HARTFORD FINANICAL SERVICES**
**GROUP**
**ONE HARDFORD PLAZA**
**Hartford, CT 06155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **VOLTZ, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.57** | **Nonpriority creditor's name and mailing address**
**TOMY INTERNATIONAL INC**
**39792 TREASURY CENTER**
**Chicago, IL 60694**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$19,395.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**
**TONNA MECHANICAL**
**1440 INDUSTRIAL DR NW**
**Rochester, MN 55901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,157.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**
**TOY SMITH**
**3101 WEST VALLEY HWY EAST**
**Sumner, WA 98390**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$7,621.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**
**TRANE US INC.**
**3600 PAMMEL CREEK RD**
**La Crosse, WI 54601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$426.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**
**TY INC**
**280 CHESTNUT AVE**
**Westmont, IL 60559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,887.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**
**UNIVERSITY GAMES**
**2030 HARRISON STREET**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$23,791.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**
**US ATTORNEY**
**600 US COURTHOUSE**
**300 S FOURTH ST**
**Minneapolis, MN 55415**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **VOLTZ, INC.**

Name

Case number (if known)

| | |
|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** |

**US BANK**
**BANKRUPTCY/RECOVERY DEPARTMENT**
**PO BOX 5229**
**Cincinnati, OH 45201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$26,705.41**

---

| | |
|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** |

**US SMALL BUSINESS ADMINISTRATION**
**332 S MICHIGAN STE 600**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$499,186.39**

---

| | |
|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** |

**USAOPOLY**
**5999 AVENIDA ENCINAS**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$11,162.77**

---

| | |
|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** |

**WEST ACRES DEVELOPMENT**
**3902 13TH AVE S. STE 3717**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$7,930.72**

---

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |

**WINNING MOVES**
**75 SYLVAN STREET**
**STE C-104**
**Danvers, MA 01923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$11,594.57**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC AMEGA**<br>**500 SENECA ST STE 503**<br>**Buffalo, NY 14204-1963** | Line  **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ALTUS RECEIVABLES MANAGEMENT**<br>**2121 AIRLINE DRIVE, STE 520**<br>**METAIRIE, LA 70001** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **VOLTZ, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **ALTUS RECEIVABLES MANAGEMENT**<br>**2121 AIRLINE DRIVE, STE 520**<br>**METAIRIE, LA 70001** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **ATWELL, CURTIS & BROOKS LTD**<br>**PO BOX 913**<br>**Hackettstown, NJ 07840** | Line **3.18**<br>☐ Not listed. Explain ____ | **1175** |
| 4.5 | **ERICORE**<br>**10115 KINCEY AVE STE 100**<br>**Huntersville, NC 28078** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **LARKIN HOFFMAN DALY & LINDGREN LTD**<br>**8300 NORMAN CENTER DR STE 1000**<br>**ATTN HEIDI BASSETT**<br>**Minneapolis, MN 55437** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **LEVITON LAW FIRM**<br>**ATTN DON A LEVITON ESQ**<br>**ONE PIERCE PLACE STE 725W**<br>**Itasca, IL 60143** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **PAMELA ASHCRAFT**<br>**TUCKER, ALBIN & ASSOCIATES, INC.**<br>**1702 N. COLLINS BLVD STE 100**<br>**Richardson, TX 75080** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **SUMMIT A*R**<br>**PO BOX 131**<br>**Champlin, MN 55316** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **US SMALL BUSINESS ADMIN**<br>**MINNESOTA DISTRICT OFFICE**<br>**330 2nd AVE S STE 430**<br>**Minneapolis, MN 55401-2224** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 68,685.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,721,893.35 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,790,578.35** |

**Fill in this information to identify the case:**

Debtor name    **VOLTZ, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **COMMERCIAL LEASE AGREEMENT - LOCATION: 12255 WAYZATA BLVD, STE 1141, MINNETONKA MN 55305** <br> State the term remaining    **ENDS: JULY 31, 2028** <br> List the contract number of any government contract    **N/A** | **BROOKFIELD PROPERTIES RIDGEDALE SHOPPING CENTER SDS 12 2774 PO BOX 86 Minneapolis, MN 55486** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **COMMERCIAL LEASE AGREEMENT - LOCATION: 1595 HIGHWAY 36 W, STE 712, ROSEVILLE, MN 55113** <br> State the term remaining    **ENDS: DECEMBER 31, 2025** <br> List the contract number of any government contract    **N/A** | **ROSEDALE CENTER 1595 HIGHWAY 36W ROSEVILLE, MN 55113** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **COMMERCIAL LEASE AGREEMENT - LOCATION: 10 SOUTHDALE CENTER STE 1585, EDINA, MN 55435** <br> State the term remaining    **ENDS: MARCH 31, 2030** <br> List the contract number of any government contract    **N/A** | **SIMON PROPERTY GROUP SOUTHDALE EDINA 10 SOUTHDALE CENTER EDINA, MN 55435** |

| Debtor 1 | **VOLTZ, INC.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE AGREEMENT - LOCATION: 1600 MILLER TRUCK HWY, STE J12A, DULUTH, MN 55811** | |
|---|---|---|---|
| | State the term remaining | **ENDS: MAY 17, 2027** | **SIMON PROPERTY GROUP-MILLER HILL DULUTH 867675 RELIABLE PARKWAY Chicago, IL 60686** |
| | List the contract number of any government contract | **N/A** | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE AGREEMENT - LOCATION: 3902 13TH AVE S, STE 2309, FARGO, ND 58103** | |
|---|---|---|---|
| | State the term remaining | **ENDS: JUNE 30, 2028** | **WEST ACRES DEVELOPMENT FARGO 3902 13TH AVE S. STE 3717 Fargo, ND 58103** |
| | List the contract number of any government contract | **N/A** | |

**Fill in this information to identify the case:**

Debtor name **VOLTZ, INC.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **BRAD RUOHO** | **PO BOX 1235**<br>**MAPLE GROVE, MN 55311**<br>**CO-DEBTOR** | **BREMER BANK** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **BRAD RUOHO** | **PO BOX 1235**<br>**MAPLE GROVE, MN 55311**<br>**CO-DEBTOR** | **NORTHEAST ENTREPRENEUR FUND INC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **BRAD RUOHO** | **PO BOX 1235**<br>**MAPLE GROVE, MN 55311**<br>**CO-DEBTOR** | **MERIDIAN EQUIPMENT FINANCE LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **VOLTZ, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ☐ Operating a business ■ Other    **GROSS REVENUE** | **$814,810.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ☐ Operating a business ■ Other    **GROSS REVENUE** | **$3,052,143.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ☐ Operating a business ■ Other    **GROSS REVENUE** | **$4,722,464.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **VOLTZ, INC.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ASMONDEE NORTH AMERICA**<br>**1995 WEST COUNTY ROAD B2**<br>**Saint Paul, MN 55113** | 04/17/2025 -<br>$500.00<br>03/20/2025 -<br>$9972.55 | $10,472.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **BROOKFIELD PROPERTIES**<br>**RIDGEDALE SHOPPING CENTER**<br>**SDS-12-2774 PO BOX 86**<br>**Minneapolis, MN 55486** | 04/29/2025 -<br>$6,011.25<br>04/01/2025<br>-$6,011.25 | $12,022.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LANDLORD** |
| 3.3. **RHODE ISLAND NOVELTY**<br>**5 INDUSTRIAL ROAD**<br>**Cumberland, RI 02864** | 4/1/2025 -<br>$9,998.00<br>3/6/2025 -<br>$9.743.44 | $19,741.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **SCHLEICH** | 06/18/2025 -<br>$19.04<br>05/14/2025 -<br>$2,061.80<br>04/30/2025 -<br>$1,296.02<br>04/23/2025 -<br>$ 810.78<br>04/14/2025 -<br>$3,306.18<br>03/11/2025 -<br>$2,141.49 | $9,635.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **SIMON PROPERTY GROUP**<br>**867675 RELIABLE PARKWAY**<br>**Chicago, IL 60686** | 06/06/2025 -<br>$1,000.00<br>06/06/2025 -<br>$1,000.00<br>04/16/2025 -<br>$1,000.00<br>04/01/2025 -<br>$4,199.10<br>04/01/2025 -<br>$1,000.00<br>03/18/2025 -<br>$4,000.00<br>03/18/2025 -<br>$1,000.00<br>03/18/2025 -<br>$4,199.10 | $13,398.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LANDLORD (TWO LOCATIONS)** |
| 3.6. **WEST ACRES DEVELOPMENT**<br>**3902 13TH AVE S. STE 3717**<br>**Fargo, ND 58103** | 05/28/2025 -<br>$5,000.40<br>03/18/2025 -<br>$4,023.24 | $9,023.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LANDLORD** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **VOLTZ, INC.** | Case number *(if known)* | |

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

---

**Part 3:**   **Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **MOAC MALL HOLDINGS LLC V. VOLTZ INC DBA LEGACY TOYS**<br>27-CV-24-17491 | **BREACH OF CONTRACT** | **HENNEPIN COUNTY COURT**<br>**300 SOUTH 6TH ST.**<br>**Minneapolis, MN 55487** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **MOAC MALL HOLDINGS LLC V. VOLTZ INC DBA LEGACY TOYS**<br>27-CV-24-10168 | **EVICTION ACTION** | **HENNEPIN COUNTY COURT**<br>**300 SOUTH 6TH ST.**<br>**Minneapolis, MN 55487** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

---

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

---

Debtor    **VOLTZ, INC.**                                                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAMEY LAW FIRM, P.A.<br>980 INWOOD AVE N<br>OAKDALE, MN 55128-7094** | **ATTORNEY FEES AND COURT FILING FEE** | **AUGUST 2024 - $3,500<br>FEBRUARY 2025 - $12,000** | **$15,500.00** |

**Email or website address**
**JLAMEY@LAMEYLAW.COM**

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **VOLTZ, INC.**                                                      Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **MOAC MALL HOLDINGS LLC<br>NW 5826, PO BOX 1450<br>Minneapolis, MN 55485** | **A FACE PLACE MARVEL ADVENTURE<br>LAB, PHOTO ATTRACTIKON & CARD<br>READER WAS LEFT BEHIND AFTER THE<br>MALL OF AMERICA EVICTED THE<br>DEBTOR** | **SUMMER 2024** | **$10,000.00** |
| | Relationship to debtor<br>**NONE.** | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Debtor    **VOLTZ, INC.**                                                    Case number *(if known)* _____

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **VOLTZ, INC.**                                              Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **WALKER GIROUX & HAHNE LLC**<br>**225 1ST STREET N STE 2400**<br>**Virginia, MN 55792** | **LAST 2+ YEARS** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRAD RUOHO** | **PO BOX 1235**<br>**MAPLE GROVE, MN 55311** | **PRESIDENT** | **100** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **VOLTZ, INC.**                                                          Case number *(if known)* _____

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **BRAD RUOHO PO BOX 1235 MAPLE GROVE, MN 55311** | **$48,772.90 - GROSS WAGES. THE DEBTOR HAS ALSO LOANED THE COMPANY MONEY AND THEN PAID HIMSELF BACK PART OF THE LOANED FUNDS.** | **LAST 12 MONTHS** | **SERVICES RENDERED** |
| **Relationship to debtor** **OWNER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025** _____

**/s/ BRAD RUOHO** _____          **BRAD RUOHO** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **PRESIDENT** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
## District of Minnesota

In re  **VOLTZ, INC.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................ $    **HOURLY     -     SEE APPLICATION TO EMPLOY**

Prior to the filing of this statement I have received    .............. $    **13,763.00 PLUS FILING FEE**
Balance Due    .......................................................................... $    **TO BE DETERMINED**

2.   The source of the compensation paid to me was:
   ☑   Debtor                    ☐   Other (specify)

3.   The source of the compensation to be paid to me is:
   ☑   Debtor                    ☐   Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

**a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

**b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

**c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**d.**. Representation of the debtor in contested bankruptcy matters; and

**e.**. Other services reasonably necessary to represent the debtor(s).

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

LOCAL FORM 1007-1
REVISED 06/16

## CERTIFICATION

    I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **June 25, 2025**

Signature of Attorney
**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

# United States Bankruptcy Court
### District of Minnesota

In re  **VOLTZ, INC.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRAD RUOHO<br>PO BOX 1235<br>MAPLE GROVE, MN 55311** | **COMMON STOCK** | **1000** | **100% OWNER OF COMPANY** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 25, 2025**

Signature  **/s/ BRAD RUOHO**

**BRAD RUOHO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Minnesota

In re  **VOLTZ, INC.** _____   Case No. _____

                                        Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 25, 2025** _____    **/s/ BRAD RUOHO** _____

                                        **BRAD RUOHO/PRESIDENT**
                                        Signer/Title

.

A&A GLOBAL INDUSTRIES
17 STENERSEN LANE
COCKEYSVILLE MD 21030-2113


ABC AMEGA
500 SENECA ST STE 503
BUFFALO NY 14204-1963


ACCEL MECHANICAL LLC
2105 7TH AVE N
FARGO ND 58102


ADT
452 SABLE BLVD UNIT G
AURORA CO 80011


ALLIANCE MECHANICAL SERVICES
1871 HEALYS RD
LOCUST HILL VA 23092


ALTUS RECEIVABLES MANAGEMENT
2121 AIRLINE DRIVE, STE 520
METAIRIE LA 70001


ASMONDEE NORTH AMERICA
1995 WEST COUNTY ROAD B2
SAINT PAUL MN 55113


ATWELL, CURTIS & BROOKS LTD
PO BOX 913
HACKETTSTOWN NJ 07840


BRAD RUOHO
PO BOX 1235
MAPLE GROVE MN 55311

BREMER BANK
ATTN  PRESIDENT OR MANGING PARTNER
8555 EAGLE POINT BOULEVARD
LAKE ELMO MN 55042


BROOKFIELD PROPERTIES
RIDGEDALE SHOPPING CENTER
SDS-12-2774 PO BOX 86
MINNEAPOLIS MN 55486


BROOKFIELD PROPERTIES
RIDGEDALE SHOPPING CENTER SDS 12 2774
PO BOX 86
MINNEAPOLIS MN 55486


BUFFALO GAMES
220 JAMES E CASEY DRIVE
BUFFALO NY 14206


CEACO/GAMEWRIGHT
250 ROYALL STREET
STE 310 WEST
CANTON MA 02021


CENTER POINT ENERGY
505 NICOLLET MALL PO BOX 59038
MINNEAPOLIS MN 55459


CHASE CARD SERVICES
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 15298
WILMINGTON DE 19850


COMCAST
CUSTOMER SERVICE DEPT
1500 MARKET ST
PHILADELPHIA PA 19102

COROLLE INC
1 CORPORATE DRIVE
GRANTSVILLE MD 21536


CRAZY AARON ENTERPRISES INC
710 E MAIN ST
NORRISTOWN PA 19401


DICKS SANITATION SERVICE, INC
PO BOX 679859
DALLAS TX 75267


DJECO
PO BOX 600
GRANTSVILLE MD 21536


DOUIGLAS TOYS
69 KRIF ROAD
KEENE NH 03431


ENESCO LLC
500 PARK BLVD STE 1300
ITASCA IL 60143


ERICORE
10115 KINCEY AVE STE 100
HUNTERSVILLE NC 28078


FARGO GLASS & PAINT CO
400 EAST 54TH ST N
SIOUX FALLS SD 57104


FAT BRAIN TOYS
20516 NICHOLAS CIRCLE
ELKHORN NE 68022

FEDEX
PO BOX 94515
PALATINE IL 60094-4515


FIESTA
1405 JUPITER RD STE 104
PLANO TX 75074


GORGIAS INC
768 HARRISON ST STE 2
SAN FRANCISCO CA 94107


HACHETTE BOOK GROUP
53 STATE STREET
9TH FLOOR
BOSTON MA 02109


HUNT ELECTRIC
7900 CHICAGO AVE
BLOOMINGTON MN 55420


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JELLCAT
800 WASHINGTON AVE NORTH STE 500
MINNEAPOLIS MN 55401


KETER ENVIRONMENTAL SERVICES, INC.
4 HIGH RIDGE PARK STE 202
STAMFORD CT 06905


LARKIN HOFFMAN DALY & LINDGREN LTD
8300 NORMAN CENTER DR STE 1000
ATTN HEIDI BASSETT
MINNEAPOLIS MN 55437

LEVITON LAW FIRM
ATTN DON A LEVITON ESQ
ONE PIERCE PLACE STE 725W
ITASCA IL 60143


MAGNATILES
1347 ENTERPRISE DRIVE
ROMEOVILLE IL 60446


MANHATTAN TOY
110 5TH ST. NO. #700
MINNEAPOLIS MN 55403


MASTER PIECES INC
ATTN PRESIDENT
12475 N RANCHO VISTOSO BLVD
TUCSON AZ 85755-1894


MATTEL INC.
PO BOX 100125
ATLANTA GA 30384


MELISSA & DOUG, LLC
PO BOX 590
WESTPORT CT 06881


MERIDIAN EQUIPMENT FINANCE LLC
ATTN CHIEF MANAGER
9 OLD LINCOLN HIGHWAY
MALVERN PA 19355


METRONET
PO BOX 630546
CINCINNATI OH 45263-0546


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564

MIRACLE MILE LLC
3251 W 6TH ST STE 109
LOS ANGELES CA 90020


MN UNEMPLOYMENT
DEPT OF EMPLOYMENT & ECONOMIC DEVELOPMEN
PO BOX 4629
SAINT PAUL MN 55101


MOAC MALL HOLDINGS LLC
2131 LINDAU LANE
PO BOX 1450
MINNEAPOLIS MN 55425


NORTHEAST ENTREPRENEUR FUND INC
ATTN PRESIDENT OR MANAGING OFFICER
202 W. SUPERIOR ST., SUITE 311
DULUTH MN 55802


OLD NATIONAL BANK
ATTN PRESIDENT OR MANAGING PARTNER
1 MAIN ST
EVANSVILLE IN 47708


OOLY LLC
5607 PALMER WAY
CARLSBAD CA 92010


OUTFRONT MEDIA LLC
1333 NEW HAMPSHIRE AVE NW STE 460
WASHINGTON DC 20036


PAMELA ASHCRAFT
TUCKER, ALBIN & ASSOCIATES, INC.
1702 N. COLLINS BLVD STE 100
RICHARDSON TX 75080

PARC PACKAGING
PO BOX 24726
JACKSONVILLE FL 32241


PLAY VISIONS
19180 144TH AVE NE
WOODINVILLE WA 98072


PLAYMOBIL
26 COMMERCE DRIVE
CRANBURY NJ 08512


QUALITY FORKLIFT SALES & SERVICES INC
5300 12TH AVE E
SHAKOPEE MN 55379


RAVENSBURGER NORTH AMERICA, INC
1 PUZZLE LANE
NEWTON NH 03858


RHODE ISLAND NOVELTY
5 INDUSTRIAL ROAD
CUMBERLAND RI 02864


ROBERT GIBB & SONS, INC
2011 GREAT NORTHERN DRIVE
FARGO ND 58102


ROSEDALE CENTER
1595 HIGHWAY 36W
ROSEVILLE MN 55113


SCHYLLING C/O BERKSHIRE BANK
PO BOX 941
WORCESTER MA 01613

SHADYWOOD TREE EXPERTS & LANDSCAPING
402 11TH AVE S
HOPKINS MN 55343


SHOPIFY INC
ATTN PRESIDENT OR MANAGING OFFICER
33 NEW MONTGOMERY ST. SUITE 750
SAN FRANCISCO CA 94105


SIMON PROPERTY GROUP SOUTHDALE EDINA
10 SOUTHDALE CENTER
EDINA MN 55435


SIMON PROPERTY GROUP-MILLER HILL
867675 RELIABLE PARKWAY
CHICAGO IL 60686


SIMON PROPERTY GROUP-MILLER HILL DULUTH
867675 RELIABLE PARKWAY
CHICAGO IL 60686


SIMON PROPERTY GROUP-SOUTHDALE
10 SOUTHDALE CENTER
EDINA MN 55435


SMART TOYS & GAMES
480 2ND STREET #203
SAN FRANCISCO CA 94107


SPEE-DEE DELIVERY SERVICE INC
BOX 1417
SAINT CLOUD MN 56302


SPIN MASTER
300 INTERNATIONAL DRIVE STE 100
BUFFALO NY 14221

```
SUMMIT A*R
PO BOX 131
CHAMPLIN MN 55316


TEDCO TOYS
498 S WASHINGTON ST
HAGERSTOWN IN 47346


TFORCE FREIGHT INC
7664-A FULLERTON RD
SPRINGFIELD VA 22153


THE HARTFORD FINANICAL SERVICES GROUP
ONE HARDFORD PLAZA
HARTFORD CT 06155


TOMY INTERNATIONAL INC
39792 TREASURY CENTER
CHICAGO IL 60694


TONNA MECHANICAL
1440 INDUSTRIAL DR NW
ROCHESTER MN 55901


TOY SMITH
3101 WEST VALLEY HWY EAST
SUMNER WA 98390


TRANE US INC.
3600 PAMMEL CREEK RD
LA CROSSE WI 54601


TY INC
280 CHESTNUT AVE
WESTMONT IL 60559
```

UNIVERSITY GAMES
2030 HARRISON STREET
SAN FRANCISCO CA 94110


US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS MN 55415


US BANK
BANKRUPTCY/RECOVERY DEPARTMENT
PO BOX 5229
CINCINNATI OH 45201


US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224


US SMALL BUSINESS ADMINISTRATION
332 S MICHIGAN STE 600
CHICAGO IL 60604


USAOPOLY
5999 AVENIDA ENCINAS
CARLSBAD CA 92008


WEST ACRES DEVELOPMENT
3902 13TH AVE S. STE 3717
FARGO ND 58103


WEST ACRES DEVELOPMENT FARGO
3902 13TH AVE S. STE 3717
FARGO ND 58103


WINNING MOVES
75 SYLVAN STREET
STE C-104
DANVERS MA 01923