RECEIVED BY MAIL

# Request for Payment of Minnesota Department of Revenue Taxes

MAY 08 2026

TIME: ____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## (Bankruptcy Code Cases - Administrative Expenses)

**US BANKRUPTCY COURT**
**District of Minnesota (Minneapolis)**

In Re: VOLTZ INC

Case Number
**25-42086**

Type of Bankruptcy Case
**Chapter 11**

Date of Petition
**June 25, 2025**

Taxpayer Identification Number
**XX-XXX0840**

THIS SPACE IS FOR COURT USE ONLY

1. The undersigned, whose business address is shown below, is the agent of the Minnesota Department of Revenue, and is authorized to make this request for payment on behalf of the State of Minnesota.

2. Request is made for payment of taxes and any interest or penalty due under the laws of the State of Minnesota as shown below.

3. The ground of liability is taxes due under the laws of the State of Minnesota.

| Tax Type | Period | Assess Date | Tax | Penalty | Interest | Other charges | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Withholding | 03/31/26 | 04/30/26 | $.00 | $67.60 | $5.99 | $.00 | $73.59 | |
| | | Total | $.00 | $67.60 | $5.99 | $.00 | $73.59 | |

The amount due includes interest and penalty computed to May 05, 2026. Interest will accrue at the rate established under Minnesota Statute §270C.40, and late payment penalty will be charged as provided by law. If the claim is paid after May 05, 2026, contact the Minnesota Department of Revenue at the phone number below for the current balance.

STATE OF MINNESOTA
Commissioner of Revenue

by: [signature]

DEPARTMENT OF REVENUE

May 5, 2026

ID: XX-XXX0840
Letter ID: L1971537760

UNITED STATES BANKRUPTCY COURT
DIST OF MN - MINNEAPOLIS
301 DIANA E. MURPHY U.S. COURTHOUSE
300 S 4TH ST
MINNEAPOLIS, MN 55415-2255

## Minnesota Department of Revenue claim form - administrative

We are filing a proof of claim and/or administrative expense request in the bankruptcy case below.

Debtor name: **VOLTZ INC**
Case: **25-42086**

### What do I need to do?

You do not need to do anything. We have enclosed a copy for your records only.

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447